

**DLA Piper LLP (US)**
1251 Avenue of the Americas, 27th Floor
New York, New York 10020-1104
www.dlapiper.com

**Cherelle Glimp**
Cherelle.Glimp@us.dlapiper.com
**T** 212.335.4899
**F** 212.335.4501

July 18, 2022

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2022
```

**VIA ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

**Re:** *Mejia v. The Fruit Guys, LLC*, Case No. 1:22-cv-02522-VEC

Dear Judge Caproni:

    We have recently been retained to represent the Defendant The Fruit Guys, LLC ("Defendant") in the above-referenced matter. We write, jointly with Plaintiff's counsel, to respectfully request (i) an adjournment of the initial pretrial conference set for July 29, 2022 at 10:00 AM; and (ii) a thirty (30) day extension of time in which Defendant may have to answer, move, or otherwise respond to the complaint. The requested extension will afford the parties an opportunity to pursue settlement discussions. Plaintiff's counsel consents to the proposed extension of time to answer from July 29, 2022 through and including August 29, 2022. This is the first request for an extension of time, and it will not prejudice any party to this action.

    We greatly appreciate Your Honor's courtesies in this regard, and thank the Court for its time and attention to this matter.

Respectfully submitted,

*Cherelle Glimp*

Cherelle Glimp

---

Defendant's time to answer is extended until **Friday, August 26, 2022**. The initial pretrial conference is rescheduled for **August 26, 2022 at 10:00 A.M.** The parties' joint letter, proposed case management plan, and scheduling order must be filed no later than **Thursday, August 18, 2022**.

SO ORDERED.

*Valerie Caproni* 07/18/2022

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE